IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 1:25-CR-167 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN A. POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY BARROW, | ) | AMENDED UNOPPOSED MOTION FOR |
| | ) | EXTENSION OF TIME TO RESPOND TO |
| Defendant | ) | DEFENDANT'S MOTION TO SUPPRESS |

Now comes the United States, by and through undersigned counsel, and respectfully moves this Court for an extension of time to respond to Defendant's Motion to Suppress.  Per the Court's Order, the current deadline to respond is July 8, 2026.  The Government does not make this motion for undue delay.  Government's Counsel requests a 30-day extension until August 7, 2026, to file its response. Government's counsel has completed interviews for two of the CPD officers who conducted the search at issue, but needs additional time to complete the interviews, including one of which involves a CPD officer who is on medical leave for an injury sustained while on duty during the time allocated to respond to the Motion.  Government's counsel contacted counsel for Defendant and was informed the Motion may be filed unopposed.

During the timeframe set by this Court to respond to the Motion, undersigned counsel was assigned to a *pro se* trial scheduled to start on Tuesday, July 21, 2026, in *United States v. Godwin Obot,* Case No. 1:25-CR-350.  The case is pending before Judge Calabrese. Government's Counsel entered her appearance as co-counsel in the aforementioned case on July 1, 2026, and has been working diligently to review the evidence in the case prior to trial.  On Tuesday, July 7, 2026, standby counsel for the *pro se* Defendant filed a motion to continue the

trial date due to a scheduling conflict.  On July 7, 2026, the Motion was denied, leaving the current trial date in place. The *Pro se* defendant also objected to any additional continuances and has expressed his intent to proceed to trial on July 21st.

Undue prejudice will not result from an extension of time.  Defendant is currently serving a prison sentence for a state felony conviction and a hearing on the Motion is set for September 8, 2026.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By:  /s/ Elizabeth Crook

Elizabeth Crook (OH: 0088709)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3825
(216) 522-7499 (facsimile)
Elizabeth.Crook@usdoj.gov