Print Form

MINUTES OF PROCEEDINGS

HONORABLE Dan Aaron Polster

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

United States of America

vs.

Stanley Barrow

Date: 10/1/2026
Case No.: 1:25-cr-167
Court Reporter: Lance Boardman
ECRO:
INTERPRETER:

Counsel for Plaintiff: Elizabeth Crook, Margaret Sweeney

Counsel for Defendant: Robert Kolansky, Marisa Darden

- [ ] Case Management Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing
- [ ] Telephonic Status/Pretrial Conference
- [x] Motion Hearing
- [ ] Jury Trial
- [ ] Bench Trial
- [ ] Other: ______________________________

| | | |
|---|---|---|
| ☐ Voir Dire begun and concluded | ☐ Voir Dire begun and continued | |
| ☐ Plaintiff(s) opening statements | ☐ Defendant(s) opening statements | |
| ☐ Evidence began; continued | ☐ Evidence continued | ☐ Evidence concluded |
| ☐ Plaintiffs case begun | ☐ Plaintiffs case continued; not concluded | ☐ Concluded |
| ☐ Defendants case begun | ☐ Defendants case continued ;not concluded | ☐ Concluded |
| ☒ Testimony taken (see witness list) | | |
| ☐ Plaintiff(s) rebuttal | ☐ Defendant(s) sur-rebuttal | |
| ☐ Plaintiff(s) final argument | ☐ Defendant(s) final argument | |
| ☐ Charge to the jury | | |
| ☐ Jury Deliberations begun | ☐ Continued; not concluded | ☐ Continued and Concluded |
| ☐ Verdict | | |
| ☐ Exhibits Located:_______________ | ☐ Exhibits returned to counsel | |

Trial/Proceedings Adjourned until:

Comments: Prior to hearing, Defendant was fully advised of potential resolution and proposal in written plea agreement. Defendant declined any proposed plea agreement.
Defense Witnesses: (1) Stanley Barrow. Government Witnesses: (1) Patrol Officer Jason Santana, Cleveland Division of Police; (2) Detective Glenn Detrick, Cleveland Division of Police. For the reasons stated on the record, the Court denied Defendant's Motion to Suppress. Counsel are to confer and advise the Court regarding availability for a trial date. The government moved for, and defense did not object to, a continuance until a trial date is agreed upon and set by the Court. The Court finds, under 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv), that the ends of justice served by continuance of trial outweigh the best interests of the public and the Defendant in a speedy trial. Defendant to remain in custody.

s/ Corey E. McCarde
Courtroom Deputy Clerk

Time: 3 hours, 30 minutes